UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

USA

VS.

CR NO. 99-105L

Jose Genao

## ORDER

The government's response to the Defendant's motion for review of sentencing is due on June 14, 2006.

ENTER:

Ronald R. Lagueux

Ronald R. Lagueux
Senior U.S. District Judge
DATED: 5/17/06

BY Order:

Deputy Clerk