IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 30 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSE GENAO | ) | |
| vs. | ) | C.A. NO.99-105L |
| UNITED STATES | ) | |

MOTION FOR ENLARGEMENT OF TIME

Now comes the United States of America, by its Attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant U.S. Attorney, and hereby moves for an enlargement of time to July 14, 2006 for filing its response to Petitioner's Motion for Review of Sentence. Counsel for the United States is currently responsible for the caseload of Mr. Dambruch, who is on detail in Iraq, in addition to her own caseload and respectfully requests the additional time in order to prepare the government's response to Petitioner's motions.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Stephanie S. B
STEPHANIE S. BROWNE
Assistant U.S. Attorney

Granted:
Ronald R. Lagueux
Sr. USDJ 6/1/06